PER CURIAM.
Affirmed. Dyer v. Nationwide Mut. Fire Ins. Co., 276 So.2d 6 (Fla.1973); J.C. Penney Co. v. McLaughlin, 137 Fla. 594, 188 So. 785 (1939); Johns-Manville Sales Corp. v. Janssens, 463 So.2d 242 (Fla.1st DCA 1984), rev. denied, 467 So.2d 999 (Fla.1985); Government Employees Ins. Co. v. Burak, 373 So.2d 89 (Fla.3d DCA 1979); Oliver v. U.S. Fidelity & Guar. Co., 309 So.2d 237 (Fla.2d DCA), cert. denied, 322 So.2d 913 (Fla.1975).